FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2016 OCT 24 PM 2:36
CLERK'S OFFICE
AT GREENBELT
BY ____ DEPUTY

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Greenbelt**

**NEIL F. LETREN,**
105 East Mill Avenue
Capital Heights, MD 20743

Plaintiff,

v.

Case No. TDC 16CV3515

**AURORA LOAN SERVICES, LLC**
7807 E. Peakview Ave., Suite 410
Centennial ,Colorado 80111

Defendant.

**NOTICE OF REMOVAL**

Defendant, Aurora Loan Services, LLC ("Aurora"), by its counsel, submits this Notice of Removal pursuant to 28 U.S.C. § 1331 (federal question), 1441, and 1446. As grounds for this Removal, Aurora states as follows:

1. Aurora is a named defendant in a civil action filed on or about September 9, 2016 by Plaintiff Neil F. Letren ("Plaintiff"), in the Circuit Court for Prince George's County under Case ID: CAL16-32126, entitled Neil F. Letren v. Aurora Loan Services, LLC (the "State Court Action"). A copy of the Complaint is attached hereto as **Exhibit A**. No other process, pleadings, or orders have been served on Aurora in the State Court Action.

2. Aurora was served with summons and Complaint in the State Court Action on September 23, 2016.

3. This Notice of Removal is timely under 28 U.S.C. § 1446(b) and Federal Rule of Civil Procedure 6(a) because Aurora filed this Notice of Removal within 30 days of service of the Summons and Complaint.

4. Aurora has not yet filed an answer or otherwise responded to the Complaint in the State Court Action.

5. Removal to this district court is proper because this is the district which embraces the county in which Plaintiffs filed the State Court Action within the meaning of 28 U.S.C. § 1446(a).

6. Plaintiff alleges that Aurora violated the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 *et seq.*

7. This Court has original jurisdiction over the Plaintiff's action pursuant to 28 U.S.C § 1331 because there is a federal question of a purported FCRA violation.

8. Accordingly, pursuant to 28 U.S.C. § 1441, this case may be removed from the Circuit Court for Prince George's County to the United States District Court for the District of Maryland.

9. A copy of the Notice of Filing of Notice of Removal, which was sent to all other parties and filed in the Circuit Court for Prince George's County, is attached as **Exhibit B.**

WHEREFORE, Defendant Aurora Loan Services, LLC, by counsel, removes the State Court Action from the Circuit Court for Prince George's County to this Court.

Dated: October 24, 2016

Respectfully Submitted

**AURORA LOAN SERVICES, LLC**

By: ______________________
One of its Attorneys

Andrew M. Williamson
(Bar No. 18721)
MAURICE WUTSCHER LLP
199 E. Montgomery Avenue, Suite 100
Rockville, MD 20850
Direct: (202) 380-9440
Fax: (866) 581-9302
awilliamson@mauricewutscher.com

**Certificate of Service**

I certify that on the 24st day of October, 2016, I filed the foregoing document with the Court, and served the following parties via certified mail, postage prepaid:

Neil F. Letren
105 East Mill Avenue
Capital Heights, MD 20743

By: ______________________

Andrew M. Williamson
(Bar No. 18721)
MAURICE WUTSCHER LLP
199 E. Montgomery Avenue, Suite 100
Rockville, MD 20850
Direct: (202) 380-9440
Fax: (866) 581-9302
awilliamson@mauricewutscher.com