UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| NEIL F. LETREN,<br><br>  Plaintiff,<br><br>v.<br><br>AURORA LOAN SERVICES, LLC,<br><br>  Defendant. | Civil Action No. TDC-16-3515 |

## ORDER

Presently pending before the Court is the parties' Joint Motion to Stay Proceedings Pending Settlement, filed December 20, 2016. ECF No. 16. Having considered the Motion, it is hereby ORDERED that the Motion is GRANTED. The proceedings shall be stayed until January 31, 2017. Should the parties fail to reach a settlement, the deadline for Defendant Aurora Loan Services, LLC to file an Answer or other responsive pleading has been extended to January 31, 2017.

Date: December 22, 2016

THEODORE D. CHUANG
United States District Judge