# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

NEIL F. LETREN,

    Plaintiff,

    v.

AURORA LOAN SERVICES, LLC,

    Defendant.

Civil Action No. TDC-16-3515

## ORDER

On March 9, 2017, the parties filed a Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).   ECF No. 21.   The Court having reviewed the Notice, it is hereby ORDERED that this action is dismissed with prejudice.

The Clerk is directed to close this case.

Date:  March 9, 2017

THEODORE D. CHUANG
United States District Judge